UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TONY RAY PIERCE,<br><br>   Petitioner,<br><br>   v.<br><br>STATE OF WASHINGTON,<br><br>   Respondent, | Case No.  C05-5750RBL<br><br>ORDER DISMISSING<br>THE PETITION<br>WITHOUT PREJUDICE |

   This habeas corpus action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636 (b)(1)(B) and Local Magistrates' Rules MJR 3 and MJR 4.  Petitioner filed this action under 28 U.S.C. § 2254.  When the court reviewed the petition prior to service the court noted several defects.  The petition is unexhausted and does not name a proper respondent.  The court entered an order to show cause why the petition should not be dismissed.  (Dkt. # 7).

   Petitioner has responded and asks permission to "withdraw" the petition.  Pursuant to Fed. R. Civ. P. 41(a) a petitioner may voluntarily dismiss his case when no answer or motion for summary judgment has been filed by an adverse party.  Rule 41(a)(1) specifically provides that dismissal as a matter of right can be foreclosed only by the filing of an answer.

ORDER
Page - 1

This petition has not been served and petitioner may dismiss the petition,

The Clerk is directed to send a copy of this Order to petitioner and to **DISMISS** this petition **WITHOUT PREJUDICE.**

DATED this 22nd day of March, 2006.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Recommended for entry this
17th day of March, 2006.

/S/ *J. Kelley Arnold*
J. Kelley Arnold
United States Magistrate Judge